IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| GOODRICH PETROLEUM | § | Case No. 16-61975 |
| CORPORATE, ET. AL., | § | |
| | § | |
| DEBTORS | § | (Jointly Administered) |
| | § | |
| CAROLYN JULIA CLARK, ET AL | § | |
| | § | |
| Plaintiffs, | § | ADVERSARY PROCEEDING |
| vs. | § | 16-3149 |
| | § | |
| GOODRICH PETROLEUM | § | |
| COMPANY, LLC *et al.*, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT JAMESTOWN RESOURCES, L.L.C.'S INITIAL DISCLOSURES**

Jamestown Resources, L.L.C., ("Jamestown" or Defendant") makes these initial disclosures under Federal Rule of Civil Procedure 26(a)(1):

**Rule 26(a)(1)(A)(i):** The name and, if known, the address and telephone number of each individual likely to have information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:

1. Jamestown Resources, L.L.C.
   c/o Craig Haynes/Greg Curry
   Thompson & Knight LLP
   1722 Routh Street, Suite 1500
   Dallas, TX  75201
   Phone:  214-969-1700

The representatives of Jamestown Resources, L.L.C. should have personal knowledge relating to the circumstances giving rise to the litigation and the factual allegations and causes of action in Plaintiffs' and the Moore Plaintiffs' Complaints.  They may also have information regarding (1) transactions and communications that clarify and/or refute the allegations in Plaintiffs' and the Moore Plaintiffs' Complaints; and (2) the affirmative defenses asserted in Jamestown's Answer.

**DEFENDANT JAMESTOWN RESOURCES, L.L.C.'S INITIAL DISCLOSURES – Page 1**
522221 000604 20233676.1

2.     Brian Shannon
       c/o Craig Haynes/Greg Curry
       Thompson & Knight LLP
       1722 Routh Street, Suite 1500
       Dallas, TX  75201
       Phone:  214-969-1700

Mr. Shannon has knowledge of Jamestown's small fractional working interest in the oil and gas leases at issue and the marketing and royalty arrangement Jamestown has with Chesapeake.

3.     Aldes Harrand Cadwallader
       Carolyn Julia Clark
       Christopher Stuart Clerk
       Katherine Horlen
       Michelle Clark Cadwallader
       c/o Albert M. Gutierrez
       Person Whitworth Borchers Morales LLP
       744 Broadway, Suite 100
       San Antonio, TX  78209
       (210) 824-4411

       Patrick Burns Clark
       Richard Burns Clark
       c/o James L. Drought
       Drought Drought & Bobbitt, L.L.P.
       112 East Pecan Street, Suite 2900
       San Antonio, TX  78205
       (210) 225-4031

These individuals are Plaintiffs and Realigned Plaintiffs who may have knowledge regarding the facts alleged in the Plaintiffs' live pleadings.

4.     Cayce Moore, Jr.
       Cayce Wellborn Moore, III
       Jennifer Mansker
       Preston Moore
       c/o James L. Drought
       Drought Drought & Bobbitt, L.L.P.
       112 East Pecan Street, Suite 2900
       San Antonio, TX  78205
       (210) 225-4031

These individuals are the Moore Plaintiffs who may have knowledge regarding the facts alleged in the Moore Plaintiffs' live pleadings.

5.  USG Properties Eagle Ford IV, LLC
    c/o Deirdre Carey Brown
    Hoover Slovaceck, LLP
    Galleria Tower II
    5051 Westheimer, Suite 1200
    Houston, TX  77056
    (713) 977-8686

6.  EP Energy E&P Company
    c/o Philip G. Eisenberg
    600 Travis, Suite 3400
    Houston, TX  77002
    (713) 226-1304

7.  Carrizo Eagle Ford, LLC
    c/o M. Kristin Gerety
    BakerHostetler LLP
    811 Main Street, Suite 1100
    Houston, TX  77002
    (713) 646-1317

8.  Chesapeake Exploration, L.L.C.
    c/o Craig Haynes/Greg W. Curry
    Thompson & Knight LLP
    1722 Routh Street, Suite 1700
    Dallas, TX  75201
    (214) 969-1700

9.  OOGC America, LLC
    c/o Helen Hemingway McLaughlin
    Dick Watt
    Watt Thompson Frank & Carver LLP
    1800 Pennzoil Place – South Tower
    711 Louisiana Street
    Houston, TX  77002 (713) 650-8100

10. Blackbrush Oil & Gas, L.P.
    c/o John Michael Quinlan
    McElroy Sullivan, et al
    1201 Spyglass, Suite 200
    Austin, TX  78746
    (512) 326-7111

11. Eagleford Gas 5, LLC

**DEFENDANT JAMESTOWN RESOURCES, L.L.C.'S INITIAL DISCLOSURES – Page 3**
522221 000604 20233676.1

   c/o James Hunter Nye
   William Ray Whitman
   Baker & Hostetler
   811 Main Street, Suite 1100
   Houston, TX  (713) 646-1376

 These individuals may have knowledge regarding the respective defendant's involvement in this case.

**Rule 26(a)(1)(A)(ii):**  A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:

1. Plaintiffs' and the Moore Plaintiffs' leases, made the subject of the lawsuit, as well as associated Memorandum of Leases and Cross Assignment;

2. Documents reflecting Jamestown's receipt of revenues attributable to its fractional working interest in the leases at issue;

3. Correspondence related to the matters in dispute, if any;

4. Any applicable unit agreement, operating agreement, unit operating agreement, and/or marketing and sales agreements pertaining to oil and gas production from the leases at issue;

5. Any document produced by any party during discovery;

6. Any deposition exhibit; and

7. Any document identified by any party in accordance with Federal Rule of Civil Procedure 26(a).

 For any documents referenced above that constitute "confidential" documents, those will be produced pursuant to an Agreed Protective Order signed by the Court in this case.  Discovery is ongoing in this litigation.  Therefore, Jamestown reserves its right to supplement its response in accordance with Federal Rule of Civil Procedure 26(e).

**Rule 26(a)(1)(A)(iii):**  A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on

which each computation is based, including materials bearing on the nature and extent of injuries suffered.

Jamestown is not seeking damages at this time.

**Rule 26(a)(1)(A)(iv):** For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Jamestown is unaware of any applicable insurance agreements at this time. Jamestown reserves its right to supplement its response in accordance with Federal Rule of Civil Procedure 26(e).

DATED: January 17, 2018

          Respectfully submitted,

          /s/ Craig A. Haynes
          Craig A. Haynes
          State Bar No. 09284020
          craig.haynes@tklaw.com

          Greg W. Curry
          State Bar No. 05270300
          greg.curry@tklaw.com

          Rachelle H. Glazer
          State Bar No. 097859000
          rachelle.glazer@tklaw.com

          **THOMPSON & KNIGHT, LLP**
          One Arts Plaza
          1722 Routh Street, Suite 1500
          Dallas, Texas 75201
          Telephone:   214-969-1700
          Facsimile:   214-969-1751

>Jennifer P. Henry
>State Bar No. 15859500
>jennifer.henry@tklaw.com
>
>**THOMPSON & KNIGHT, LLP**
>801 Cherry Street, Unit #1, Suite 1600
>Fort Worth, Texas 76102
>Telephone:   817-347-1733
>Facsimile:    214-999-1616
>
>Robert L. Paddock
>State Bar No. 24002723
>robert.paddock@tklaw.com
>
>**THOMPSON & KNIGHT, LLP**
>333 Clay Street, Suite 3300
>Houston, Texas 77002
>Telephone: 713-951-5878
>Facsimile: 713-654-1871
>
>**ATTORNEYS FOR JAMESTOWN RESOURCES, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record on this the 17th day of January, 2018 via email.

>/s/ Rachelle H. Glazer
>Rachelle H. Glazer